Opinion issued June 20, 2002


 

 







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00520-CV

____________


VIRGIL L. GREENWOOD, Appellant


V.


FRED M. HEACOCK, Appellee






On Appeal from the 333rd District Court

Harris County, Texas

Trial Court Cause No. 0152840






O P I N I O N

 According to information provided by the district clerk, this is an appeal from
a dismissal for want of prosecution (DWOP) signed on April 22, 2002. We have been
informed by the trial court that the dismissal was entered in error and that a motion
for reinstatement was signed by the trial court on May 17, 2002.

 THEREFORE PREMISES CONSIDERED the appeal is dismissed based on
the trial court's reassertion of its jurisdiction. All other pending motions are
dismissed as moot.

PER CURIAM

Panel consists of Justices Hedges, Taft, and Jennings,.

Do not publish. Tex. R. App. P. 47.